UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**REIN D. WILLIAMS, as beneficiary of**
**Jeffrey W. Brown, deceased**

      **Plaintiff,**

**v.**                                                  **Case No: 5:13-cv-364-Oc-22PRL**

**MONUMENTAL LIFE INSURANCE**
**COMPANY**

      **Defendant/Third Party Plaintiff**

**MYESHA A. BOYD and REIN D.**
**WILLIAMS**
      **Third Party Defendants**

_____

ORDER

Pending before the Court is the Joint Motion for Stay (Doc. 26).  The parties jointly move for an Order staying this action for forty-five (45) days to allow the Leesburg Police Department to continue its investigation into the death of Jeffrey W. Brown.  The parties state that the investigation regarding Plaintiff as a person of interest in Mr. Brown's death should be completed within that time, thereby allowing the parties to resolve the issues giving rise to this case.

Upon due consideration, the Joint Motion for Stay (Doc. 26) is GRANTED.   This case is stayed until October 25, 2013.  On or before October 25, 2013, the parties are directed to file a status report with the Court.

**DONE** and **ORDERED** in Ocala, Florida on September 11, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties